IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, | * * * |
| Plaintiff, | * * * |
| vs. | * No. 4:07cv0036 SWW * * * * |
| BAPTIST HEALTH, and as interested parties, DR. BRUCE E. MURPHY and BRUCE E. MURPHY, M.D., P.A., DR. SCOTT L. BEAU and SCOTT L. BEAU, M.D., P.A., DR. DAVID C. BAUMAN and DAVID C. BAUMAN, M.D., P.A., DR. D. ANDREW HENRY and D. ANDREW HENRY, M.D., P.A., DR. DAVID M. MEGO and DAVID M. MEGO, M.D., P.A., DR. WILLIAM A. ROLLEFSON and WILLIAM A. ROLLEFSON, M.D., P.A., DR. PAULO RIBEIRO and PAULO RIBEIRO, M.D., P.A., LITTLE ROCK CARDIOLOGY CLINIC, P.A. and DR. JANET R. CATHEY, | * * * * * * * * * * * * * * |
| Defendants. | * |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that Platte River Insurance Company's motion for summary judgment [doc.#33] be and it hereby is granted and that Baptist Health's motion for summary judgment [doc.#36] be and it hereby is denied; Platte River Insurance Company is entitled to recover the amount of defense expenses advanced to Baptist Health under the Policy for the Underlying Actions and Baptist Health is entitled to a refund of the premiums tendered to and

received by Platte River Insurance Company.

                IT IS SO ORDERED this 17th day of April 2009.

                                            /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE